# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN WILLIAM KIRBY KELLEY<br>a/k/a "Carl,"<br>a/k/a "BotGod"<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:20-mj-4<br>)<br>)<br>) |

**UNDER SEAL**

FILED JAN -8 2020 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 2018 to February 2019  in the county of  Norfolk  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit an offense against the United States, that is, to transmit in interstate commerce communications containing threats to injure the person of another. |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA Carina A. Cuellar

*Complainant's signature*

FBI Special Agent, Jonathan M. Lund
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/08/2020

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*