# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

| | | |
|---|---|---|
| City: | Superseding Indictment: | Judge Assigned: |
| County: Fairfax County | Same Defendant: | Criminal No. |
| | Magistrate Judge Case No. 20-mj-4 | New Defendant: X |
| | Search Warrant Case No. | Arraignment Date: |
| | | R. 20/R. 40 From: |

## Defendant Information:

**Defendant Name:** John William Kirby Kelley   **Alias(es):** Carl, BotGod   ☐ Juvenile   FBI No.

**Address:** Vienna, Virginia

**Employment:** Unemployed

**Birth Date:** 2000   **SSN:**   **Sex:** Male   **Race:** White   **Nationality:**

**Place of Birth:** Virginia   **Height:** 6'1"   **Weight:** 131   **Hair:** Black   **Eyes:** Brown   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Carina A. Cuellar   **Phone:** 703-299-3800   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI SA Jonathan M. Lund

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Consp against the United States | 1 | Felony |
| Set 2: | | | | |

**Date:** 1/7/2020   **AUSA Signature:** [signature]   *may be continued on reverse*