# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 1:20-cr-82** |
| v. | ) | |
| | ) | Hon. Liam O'Grady |
| **JOHN WILLIAM KIRBY KELLEY,** | ) | |
| | ) | Sentencing: March 15, 2021 |
| Defendant. | ) | |

## NOTICE OF SEALED FILING

Defendant, John William Kirby Kelley, through counsel, has this day filed the Defendant's Motion for Leave to File Under Seal and Incorporated Memorandum in Support and a Proposed Order to seal the Defense Position on Sentencing filed with this Court on March 9, 2021, pursuant to Local Criminal Rule 49(E).

Respectfully submitted,

JOHN WILLIAM KIRBY KELLEY,

By counsel,
Geremy C. Kamens
Federal Public Defender

By: /s/ Nathaniel Wenstrup
Nathaniel Wenstrup
Admitted *pro hac vice*
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0800
703-600-0880 (fax)
Nate_Wenstrup@fd.org

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 9, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

    /s/ Nathaniel Wenstrup
    Nathaniel Wenstrup
    Admitted *pro hac vice*
    Assistant Federal Public Defender
    Office of the Federal Public Defender
    1650 King Street, Suite 500
    Alexandria, Virginia 22314
    703-600-0800
    703-600-0880 (fax)
    Nate_Wenstrup@fd.org