# **Attachment A**

**November 5, 2018**

[04:10] <~zer0> uncleb should have one

[04:10] <04~carl> not a good address they are saying

[04:10] <~zer0> no one knows were ni deadnet

[04:11] <~zer0> they'll find him

[04:11] <~zer0> have his full name

[04:11] <04~carl> lolol

[04:11] <04~carl> hopefully

[04:13] <~zer0> ill call back if i need to

[04:14] <~zer0> i feel like

[04:14] <~zer0> that address is right

[04:14] <~zer0> because

[04:14] <~zer0> look how dirty his room seems

[04:14] <~zer0> like that bed is clearly on the floor

[04:15] <~zer0> and that address

[04:15] <~zer0> google it

[04:15] <~zer0> its in a hoodlum area

[04:16] <~Zim> whale cum

[04:16] <~Zim> india

[04:16] <~Zim> currynigger

[04:16] <04~carl> pajeet

[04:16] <~Zim> you have to call them with an indian accent

[04:16] <04~carl> so now what

[04:16] <~zer0> we wait

[04:17] <04~carl> anything on the scanner?

[04:17] <~zer0> went silent

[04:17] <~zer0> https://www.broadcastify.com/listen/feed/21738/web

[04:22] <04~carl> if nothing happens in 5m 10m im going to bed

[04:22] <04~carl> 5-10m

2

[04:22] <~zer0> https://www.younow.com/LovableLoser

[04:22] <~zer0> gonna swat this nigger

[04:23] <~Zim> loldongs

[04:23] <~Zim> YOU DON'T EVEN HAVE A PICTURE SO YOU'RE IRRELEVANT

[04:24] <~Zim> loldongs

[04:24] <~Zim> skehd as fuck

[04:24] <04~carl> loldongs

[04:24] <~Zim> vine XDDDDDD

[04:25] <04~carl> im dumping this acc

[04:25] <04~carl> class in 6h

[04:25] <04~carl> fuck

[04:25] <~zer0> https://www.whitepages.com/name/Torey-M-Williams-Sr./Richmond-VA/ukb0rh1

[04:25] <~zer0> clearly him

[04:25] <~zer0> hes is Jr.

[04:26] <04~carl> a black person that owns property?

[04:26] <04~carl> wtf?

[04:26] <~Zim> Is this the nigger?

[04:26] <~zer0> look at his room

[04:26] <~Zim> !aq <carl> a black person that owns property? wtf?

[04:26] <+WEATHER> Quote #87 has been added.

[04:26] <~zer0> his dad's probably a white nigger

[04:27] <04~carl> I guess im really quotable

[04:27] <~zer0> the six

[04:27] <04~carl> loldongs

[04:27] <04~carl> undoxable black men

**November 10, 2018**

[05:35] <+zheme> carl yl

[05:35] <04~carl> hi zheme

[05:36] <+zheme> nothing wrong with child sex

[05:36] <04~carl> that sounds like something vindex would say

[05:36] <04~carl> I miss him

[05:36] <+zheme> vindex...

[05:37] <+zheme> hm

[05:37] <+zheme> thats a o9a term

[05:37] <+zheme> is he a satanist

[05:37] <04~carl> probably

[05:37] <04~carl> he was one of lions friends

[05:37] <+zheme> ohhhh

[05:37] <+zheme> yeah those guys are pedos

[05:38] <04~carl> figured

[05:38] <+zer0> i might make shatter

[05:38] <+zer0> with the pyrex

[05:38] <+zer0> whip whip it up

[05:38] <04~carl> fuck yeah

[05:39] <+zer0> i could make some change off it

[05:39] <+zer0> its like 30-50 a gram

[05:39] <+zheme> in 1800, the age of consent was 12

[05:39] <+zheme> in delaware, it was 7

[05:39] <+zheme> it mustve been great

[05:40] <+zheme> i would breed big titted bints just to wife up the child

[05:40] <+zheme> i would have 80 wifes

[05:40] <04~carl> implying big titties existed back then

[05:40] <04~carl> zheme

[05:40] <+zheme> 80 child wifes

4

[05:40] <04~carl> just move to arab land

[05:40] <04~carl> you can do that rn

[05:40] <+zheme> and i will sick them on yankies

[05:40] <+zheme> yes but arab children are hairy and dusty

[05:41] <+zheme> how do i get prescribed adderal

[05:41] <+zheme> im talking to my mom about getting it prescribed for her

[05:41] <04~carl> 6ix9ine, who was 18 at the time, was told that he must not commit another crime within two years of the trial if he was to avoid being put on the sex offender's register.

[05:41] <+zheme> then givjng me the pills

[05:41] <04~carl> what is this shit

[05:41] <+zheme> iffy with the stiffy uh

[05:42] <04~carl> rob never commited anything else after he got caught spamming and he got put on the list

[05:42] <+zheme> While the general age of consent is now set between 16 and 18 in all U.S. states, the age of consent has widely varied across the country in the past. In 1880, the age of consent was set at 10 or 12 in most states, with the exception of Delaware where it was 7.[2]

[05:42] <+zheme> shit

[05:43] <+zheme> sams hearing is today or tomorrow

[05:43] <+zheme> https://wdef.com/2018/11/10/was-an-ivy-league-student-slain-in-the-name-of-04HATE/

[05:44] <04~carl> lmaoo

[05:44] <04~carl> RIP woodward tho

[05:44] <+zheme> OH MY FUCKIBG GOD

[05:44] <+zheme> WHO THE FUCK INTERVIEWD

[05:45] <+zheme> AN AWD MEMBER

[05:45] <+zheme> IM PISDED

[05:45] <+zheme> probably fucking noah or kommisar

[05:45] <04~carl> there was a reporter that made the AWD documentary me and lion trolled

[05:45] <04~carl> his dm is on the front page of mercyfuckers.org

[05:46] <04~carl> Youre boring. Come to my door and I'll murder you. Mercy Fucker

[05:47] <+zheme> https://wdef.com/wp-content/uploads/2018/11/nick-giampa-1.jpg

[05:47] <04~carl> rob ;_;

[05:47] <04~carl> so many good lulz warriors lost

[05:48] <+zheme> goddammit

[05:48] <+zheme> depressing

[05:48] <+zheme> Former Atomwaffen member: He was an initiate in the Virginia chapter … You can't say Nick was a member of AW But you can say Nick was an initiate in AW.

[05:48] <+zheme> NO HE FUCKING WASNT GODDAMN LIAR

[05:48] <+zheme> FUCK YOU

[05:49] <04~carl> lmaoo

[05:49] <04~carl> rob was close to getting into aw no?

[05:49] <+zheme> yes

[05:49] <04~carl> I remember lion saying he was trying to get him in'

[05:49] <+zheme> i met lion literally two weeks before he did it

[05:49] <04~carl> ah

[05:49] <+zheme> lion got in a week before he did it

[05:49] <04~carl> like I knew he was alt right

[05:50] <04~carl> but as soon as rob shot those kikes he became full AW

[05:50] <04~carl> changed his name to lion etc

[05:51] <+zheme> he was lion before that

[05:51] <04~carl> o

[05:51] <+zheme> i remember all of this

[05:51] <+zheme> just fate

[05:51] <04~carl> Im probably not

[05:51] <04~carl> remebering it right

[05:52] <+zheme> eh

[05:52] <04~carl> man im bored

[05:53] <04~carl> and cold

[05:53] <+zheme> fuck im mad

[05:53] <+zheme> im sure that kommisar did that interview

[05:53] <+zheme> he lives in nevada

[05:55] <+zheme> carl, see if you can find the full episode of the 48 hours thing

[05:55] <+zheme> im interested

[05:56] <04~carl> the AW episode?

[05:56] <04~carl> oh shit it was 2 hours ago

[05:56] <04~carl> ill try

[05:56] <+zheme> yeah thanks

**November 11, 2018**

[06:04] <+zheme> how was nick

[06:05] <04~carl> rob?

[06:05] <04~carl> he was cool

[06:06] <04~carl> talked about hotline miami a lot

[06:06] <04~carl> shoplifting & scamming people online

[06:06] <+zheme> nice

[06:07] <04~carl> I cant say much about him,

02[06:07] * Quits: ~GLITCH (GLITCH@JIDF.il) (Read error)

[06:07] <04~carl> he only talked on kik and I uninstalled the app months before he shot the kikes

[06:07] <04~carl> when I came back he was gone

[06:07] <04~carl> ;(

03[06:07] * Joins: GLITCH (GLITCH@JIDF.il)

03[06:07] * george sets mode: +qo GLITCH GLITCH

[06:07] <+zheme> i need to get back in the game

[06:07] <+zheme> being a full scaled nazi again

[06:08] <04~carl> do it

[06:08] <04~carl> im weak and in college

[06:08] <04~carl> otherwise id be bumpin it everywhere

[06:09] <04~carl> zheme:

[06:09] <04~carl> what is universal order exactly

[06:10] <+zheme> read the chapter in SIEGE

[06:10] <04~carl> kk

[06:11] <+zheme> its Universal Order, the Jewish Powers disguise their horrible ways with goodness, to counter that, we disguise our good deeds with horrorific deeds

[06:12] <04~carl> HE'LL yeah

[06:12] <04~carl> also

[06:13] <+zheme> ya

[06:13] <04~carl> when I get back to virginia do you want to track down the place Rockwell was killed at

[06:13] <04~carl> and poster ir

[06:13] <04~carl> *it

[06:13] <+zheme> i know where that is

[06:13] <04~carl> fuck yeah

[06:13] <04~carl> I found a few laundromats but I couldnt confirm the exact one

[06:14] <+zheme> e Dominion Hills shopping centre.

[06:15] <04~carl> rly?

[06:15] <+zheme> yes

[06:15] <+zheme> just looked at a news report from 1967

[06:15] <04~carl> o shit

[06:15] <+zheme> easy as fuck

[06:15] <04~carl> I guess the jews are trying to trick us

[06:15] <04~carl> On August 25, 1967, Rockwell was shot and killed while leaving a laundromat in Arlington, Virginia

[06:16] <+zheme>  1967: 'American Hitler' shot dead  The leader of the American Nazi party, George Lincoln Rockwell, has been shot and killed by a sniper at a shopping centre in Arlington, Virginia. Minutes after the shooting a "captain" in Rockwell's Nazi party, John Patler, 29, was arrested and charged with his murder.  Police say two shots were fired from a rooftop of a beauty salon across the street from the Dominion Hills shopping centre.  Two bullets

[06:16] <04~carl> goddamn

[06:17] <+zheme> he went out strong

[06:20] <+zheme> ok i might go to bed

[06:20] <+zheme> feel hungover

[06:21] <04~carl> im gonna upload one movie to ptp and then sleep

[06:26] <04~carl> loldongs

[06:26] <04~carl> just quoted school shooter to this irl dude and he said "oml" and went offline

03[06:50] * Joins: chanz (chanz@stop.it.fbi.im.kinda.a.nice.guy)

03[06:50] * george sets mode: +qo chanz chanz

[06:55] <~GLITCH> FUCK THE FRENCH

[07:16] <04~carl> agreed

9

03[08:01] * Joins: GLITCH_ (GLITCH@JIDF.il)

03[08:01] * george sets mode: +qo GLITCH_ GLITCH_

[08:02] <04~carl> hi banana man

02[08:02] * Quits: ~GLITCH (GLITCH@JIDF.il) (Ping timeout: 180 seconds)

[08:36] <04~carl> GLITCH_:

[08:36] <04~carl> Toast:

**December 9, 2018**

[01:50] <~Zheme> We need another black president

[01:50] <~Zheme> right?

[01:50] <~Zheme> right?

[01:50] <+🍆> true

[01:50] <+🍆> true

[01:51] <~carl> Gary Nigger

[01:51] <~carl> Gary Nigger

[01:51] <~Zheme> it will stop racism

[01:51] <~Zheme> it will stop racism

[01:51] <~carl> I called someone the n word while obama was president

[01:51] <~carl> I called someone the n word while obama was president

[01:52] <+🍆> fuck you

[01:52] <+🍆> fuck you

[01:55] <~carl> I dont get niggers

[01:55] <~carl> I dont get niggers

[01:55] <~carl> why do they want reparations?

[01:55] <~carl> why do they want reparations?

[01:55] <~carl> white men got them out of slavery to begin with

[01:55] <~carl> white men got them out of slavery to begin with

[02:04] <+🍆> dude my neck hurts

[02:04] <+🍆> dude my neck hurts

[02:09] <+🍆> you got any friends that do pranks carl?

[02:09] <+🍆> you got any friends that do pranks carl?

[02:10] <~carl> nope

[02:10] <~carl> nope

[02:11] <~carl> I have zer0 friends

[02:11] <~carl> I have zer0 friends

11

[02:13] <~carl> !aq You're not really smoking bobby brown again, are you anon!? OMG what a giant fagit!

[02:13] <~carl> !aq You're not really smoking bobby brown again, are you anon!? OMG what a giant fagit!

[02:13] <@WEATHER> Quote #153 has been added.

[02:13] <@WEATHER> Quote #153 has been added.

[02:20] <+🧦> cant fucking sleep

[02:20] <+🧦> cant fucking sleep