IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN WILLIAM KIRBY KELLEY, )<br>)<br>*Defendant.* )<br>_____ ) | Criminal No. 1:20CR082 |

FILED IN OPEN COURT
MAR 15 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663(a)(3), the defendant is ordered to pay restitution in the amount of **$7,560.69** jointly and severally with any other defendants who are ordered to pay restitution for the same losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to: Old Dominion University 5115 Hampton Boulevard, Norfolk, VA 23529.

4. Interest:

   ✓ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 100. per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
_____
Liam O'Grady
United States District Judge

_____
Honorable Liam O'Grady
Senior United States District Judge

ENTERED this 15th day of March 2021.

at Alexandria, Virginia

WE ASK FOR THIS:

Raj Parekh
Acting United States Attorney

_____
Carina A. Cuellar
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3700
carina.cuellar@usdoj.gov

SEEN AND AGREED:

_____
John William Kirby Kelley
Defendant

_____
Cadence A. Mertz
Nathaniel Wenstrup
Counsel for Defendant
1650 King Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 600-0800
cadence_mertz@fd.org

2