IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:20-cr-82 |
| | ) | |
| JOHN WILLIAM KIRBY KELLEY | ) | |
| *Defendant.* | ) | |

## ORDER

This matter is before the Court Defendant's Motion for Early Termination of Supervision (Dkt. 60). For lack of good cause shown, it is hereby

**ORDERED** that the Motion for Early Termination of Supervision (Dkt. 60) is **DENIED**.

Entered this 24th day of June, 2024.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge